UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ANTHONY FRANKLIN,<br><br>        Plaintiff,<br><br>    v.<br><br>GEORGE GIURBINO, et al.,<br><br>        Defendants. | Case No. 15-cv-04755-YGR (PR)<br><br>**ORDER GRANTING PLAINTIFF SECOND EXTENSION OF TIME TO: (1) PROVIDE REQUIRED INFORMATION NECESSARY TO LOCATE DEFENDANTS RUFF AND CHAUS, AND (2) FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

In an Order dated July 25, 2016, the Court granted Plaintiff an extension of time to provide it with the required information necessary to locate Defendants Mike Ruff and Anthony Chaus, Chiefs at the Office of Correctional Safety of the California Department of Corrections, because service has been ineffective as to these Defendants. Dkt. 25. The Court also granted Plaintiff an extension of time to file his opposition to Defendants' motion to dismiss. *Id.*

Before the Court are Plaintiff's requests for a second extension of time to (1) provide the Court with the required information necessary to locate Defendants Ruff and Chaus and (2) file his opposition. Having read and considered Plaintiff's requests, and good cause appearing, IT IS HEREBY ORDERED that his requests are GRANTED. The time in which Plaintiff may provide the Court with the required information necessary to locate Defendants Ruff and Chaus will be extended up to and including **November 4, 2016. Failure to do so by the new deadline shall result in the dismissal of all claims against Defendants Ruff and Chaus**. Furthermore, the time in which Plaintiff may file his opposition to will also be extended up to and including **November 4, 2016.** Defendants shall file a reply brief no later than **fourteen (14) days** after the date Plaintiff's opposition is filed.

**No further extensions of time will be granted absent extraordinary circumstances.**

This Order terminates Docket No. 26.

IT IS SO ORDERED.

Dated: October 14, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge