UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY ANTHONY FRANKLIN,

    Plaintiff,

  v.

GEORGE GIURBINO, et al.,

    Defendants.

Case No. 15-cv-04755-YGR (PR)

**JUDGMENT**

    For the reasons set forth in this Court's Order Granting Defendants' Motion to Dismiss; and Dismissing Claims Against Unserved Defendants,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

Dated: January 3, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Judge